UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MARVIN HUNT, et al. | § § § |
| v. | § § |
| INVESCO FUNDS GROUP, INC., et al. | § § § |
| JEFFREY S. THOMAS, et al. | § § |
| v. | §  CIVIL ACTION NO. H-04-cv-2555 |
| AIM ADVISORS, INC. et al., and AIM DISTRIBUTORS, INC. | § § § § |
| RONALD KONDRACKI | § § |
| v. | § § |
| AIM ADVISORS, INC. et al., and AIM DISTRIBUTORS, INC. | § § |

## MEMORANDUM AND ORDER

Pursuant to the parties' Stipulation of Dismissal (Doc. No. 150) in accordance with Federal Rule of Civil Procedure 41(a)(1)(ii), the above-titled actions are hereby **DISMISSED WITH PREJUDICE** and without costs.

IT IS SO ORDERED.

SIGNED this 29th day of January, 2007.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE

TO INSURE PROPER NOTICE, EACH PARTY WHO RECEIVES THIS ORDER SHALL
FORWARD A COPY OF IT TO EVERY OTHER PARTY AND AFFECTED NON-PARTY
EVEN THOUGH THEY MAY HAVE BEEN SENT ONE BY THE COURT

Case 4:04-cv-02555   Document 151   Filed in TXSD on 01/29/07   Page 2 of 2